**James W. BLEVINS, Plaintiff—Appellant,**

v.

**Terry SUAREZ; Robert Sandell; Debbie Sydow; Richard Phillips; Mountain Empire Community College; Virginia Community College–State of Virginia, Defendants—Appellees.**

No. 08–2267.

United States Court of Appeals, Fourth Circuit.

Submitted: March 19, 2009.

Decided: April 13, 2009.

James W. Blevins, Appellant Pro Se. Gregory Clayton Fleming, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James W. Blevins appeals the district court's order dismissing his civil complaint for failure to state a claim upon which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Blevins v. Suarez*, No. 4:08–cv–00014–jlk–mfu (W.D.Va. Oct. 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*